UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SPARTA INSURANCE COMPANY          :
(as successor in interest to SPARTA Insurance
Holdings, Inc.),                                      :

            Plaintiff,          :

v.                                                          :

PENNSYLVANIA GENERAL INSURANCE  :
COMPANY (now known as Pennsylvania
Insurance Company),                               :

            Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 26-10154-FDS

**ORAL ARGUMENT REQUESTED**

**PLAINTIFF SPARTA INSURANCE COMPANY'S
MOTION TO STRIKE DEFENDANT PENNSYLVANIA
GENERAL INSURANCE COMPANY'S TWELFTH AFFIRMATIVE DEFENSE**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Plaintiff SPARTA Insurance Company ("SPARTA") respectfully moves to strike Defendant Pennsylvania General Insurance Company's ("PGIC") twelfth affirmative defense in this action based on the "doctrine of regulatory estoppel" in Defendant's Answer To Plaintiff's Complaint (ECF No. 10) as legally deficient and insufficiently plead. SPARTA filed a Motion to Strike the same defense as legally deficient and insufficiently pled in *SPARTA Insurance Company v. Pennsylvania General Insurance Company*, No. 1:25-cv-13684-FDS, ECF Nos. 15, 16, 21 (D. Mass.) ("*SPARTA II*"). The grounds for this motion are set forth in the accompanying memorandum of law filed herewith.

WHEREFORE, SPARTA respectfully requests that this Court grant this Motion and strike PGIC's twelfth affirmative defense.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), SPARTA respectfully requests a hearing on this motion.

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for SPARTA conferred and attempted in good faith to narrow or resolve the issue with counsel for PGIC regarding the relief sought by this motion.  Counsel for PGIC stated that it opposes the relief sought by this motion.

Dated:  February 17, 2026
       Boston, Massachusetts

Respectfully submitted,

/s/ Christopher G. Clark
James R. Carroll (BBO #554426)
Christopher G. Clark (BBO #663455)
Catherine A. Fisher (BBO #686163)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
christopher.clark@skadden.com
catherine.fisher@skadden.com

*Counsel for Plaintiff*
*SPARTA Insurance Company*

2